UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60056-CR-MOORE/TORRES

UNITED STATES OF AMERICA,

v.

DAVID SELLA,

     Defendant.
_____/

**REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

     This matter was before the Court following on Order of Reference to conduct a proceeding for acceptance of a guilty plea by Defendant David Sella in the above referenced case. The Court having conducted a change of plea hearing on May 4, 2011, it is recommended that the Defendant's change of plea be accepted as follows:

     1.     The Court convened a hearing to permit the Defendant to enter a change of plea in the aforementioned matter. At the outset of the hearing, the Court advised the Defendant of his right to have these proceedings conducted by the District Judge assigned to the case. Further, the Court advised the Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the request of the Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to this case. The Court further advised the Defendant that the District Judge assigned to this case would be the sentencing judge and would make

all findings and rulings concerning the Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2.   The Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could request that the change of plea hearing be conducted only by a United States District Judge. The Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3.   Following the parties' consent on the record, the Court conducted a plea colloquy in accordance with Fed. R. Crim. P. 11.

4.   There is a written plea agreement that was entered into by the parties in this case and filed as Exhibit A to the hearing.  This Court reviewed that plea agreement on the record and had the Defendant acknowledge that he signed the plea agreement, as well as the factual proffer attached to the agreement also filed as an exhibit to the hearing, Exhibit B.  The Defendant pled guilty to Count 2 of the Indictment that charged the Defendant with conspiracy to possess with the intent to distribute a controlled substance, heroin, in violation of Title 21, United States Code, 841(a)(1).  The written agreement also memorializes the government's representation to seek dismissal of the remaining counts of the Indictment as to this defendant after sentencing.

5.   The government stated a factual basis for the entry of the plea as to Count 2 that included all of the essential elements of the offense to which the Defendant is pleading guilty and any sentencing enhancements and/or aggravating factors that may

be applicable. The Defendant assented to the accuracy of the government's factual proffer, and acknowledged that he signed the proffer after reviewing it for accuracy. The government also announced the possible minimum and maximum penalties in respect to these offenses. The Defendant acknowledged that he understood these possible minimum and maximum penalties that could be imposed in his case, including the statutory minimum mandatory sentence of ten years imprisonment.

6.  Based upon all of the foregoing and the plea colloquy conducted by this Court, it is recommended that the Defendant be found to have freely and voluntarily entered his guilty plea to Count 2 of the Indictment as more particularly described herein and that the Defendant be adjudicated guilty of that offense.

7.  A pre-sentence investigation is being prepared for the District Court by the United States Probation Office and sentencing has been set for July 28, 2011 at 2:00 p.m., U.S. Courthouse, Courtroom 13-1 - 13th Floor, 400 North Miami Avenue, Miami, Florida.

ACCORDINGLY, this Court recommends to the District Court that the Defendant's plea of guilty be accepted as to Count 2, the Defendant be adjudicated guilty of that one offense to which he has entered his plea of guilty, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge, in accordance with 28 U.S.C. § 636.

**DONE AND SUBMITTED** this 5th day of May, 2011, at Miami, Florida.

          */s/   Edwin G. Torres*
          EDWIN G. TORRES
          United States Magistrate Judge